### JACKSON v. KNICKERBOCKER ATHLETIC CLUB.

(Supreme Court, Appellate Division, First Department.   March 9, 1900.)

INTERPLEADER—ORDER—GROUNDS.

Plaintiff and another claimed of defendant certain money, arising from the same sources. Defendant admitted indebtedness to one or the other of the claimants, of a less sum than plaintiff claimed, interpleaded the other claimant, and offered to deposit in court the sum admitted to be due. *Held*, that such order of interpleader was erroneous, as it compelled plaintiff to abandon part of his claim.

Appeal from special term, New York county.

Action by James Jackson against the Knickerbocker Athletic Club for the recovery of money. From an order of interpleader, plaintiff appeals. Reversed.

Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY, McLAUGHLIN, and PATTERSON, JJ.

Henry Daily, for appellant.
Leon Laski, for respondent.

PER CURIAM. The order of interpleader in this case was improperly made. It appears that the plaintiff and one McLean claimed from the defendant moneys in its hands arising from the same source, and the defendant alleges that it is unable to determine to which of the claimants it can with safety pay those moneys. The plaintiff claims a certain amount, but the defendant admits indebtedness to one or the other of the claimants of a less amount. It has offered to

deposit in court the lesser sum, and, that being so, it cannot be discharged from this action. A part of the plaintiff's demand is still unprovided for, and the controversy between him and the defendant cannot be ended. There is still left a balance of the plaintiff's claim. This order, in effect, compels the plaintiff to abandon that part of his claim.

The order must be reversed, with $10 costs and disbursements, and the motion for an interpleader denied, with $10 costs.